Decided September 14, 1994

RICHARD ROGOZINSKI *v.* AMERICAN FOOD SERVICE EQUIPMENT CORPORATION ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 34 Conn. App. 732 (AC 12396), is denied.

*William C. Turney,* in support of the petition.

*James E. Kernan, Robert H. Hall, Joseph A. La Bella, Thomas L. Brayton III* and *Randolph E. Richardson II,* in opposition.

Decided September 14, 1994

SANDRA A. LEON *v.* STEVEN J. LEON

The plaintiff's petition for certification for appeal from the Appellate Court, 34 Conn. App. 917 (AC 12132), is denied.

*Lloyd Frauenglass,* in support of the petition.

*Martha Anne Cosgrove,* in opposition.

Decided September 14, 1994